UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                              File No: 1:07-cr-138

                                                             HONORABLE PAUL L. MALONEY

CYNTHIA WeDYKE,

        Defendant.
                                           /

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the defendant's motion for ends of justice continuance of the final pretrial presently scheduled for September 17, 2007 and trial scheduled for October 2, 2007.  The basis of the defendant's motion is defendant's attorney needs additional time to investigate the voluminous number of documents.  The government does not opposed the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), an ends of justice continuance is hereby entered.  The final pretrial conference is rescheduled to **January 15, 2008 at 10:00 a.m.**.  Jury trial is rescheduled to **January 22, 2008 at 8:45 a.m.**.

Dated: September 4, 2007                                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge