UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CYNTHIA JEAN WEDYKE,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-138-01

### ORDER DENYING MOTION TO AMEND/CORRECT SENTENCE

This matter is before the Court on Defendant Cynthia Jean WeDyke's Motion to Amend/Correct Sentence (in letter form)(Dkt. #42). Defendant requests the Court amend the custodial portion of her sentence. A review of the court records shows defendant was sentenced by this Court on April 28, 2008, to 12 months in custody followed by two years supervised release. Defendant requests the sentence be amended to 12 months and one day in custody so that she might be eligible to receive credit toward the service of her sentence pursuant to 18 U.S.C. § 3624(b)(2). The Court will not grant the relief requested as the Court intended for the defendant to serve the full 12 month custodial sentence. Therefore,

**IT IS HEREBY ORDERED** that the Motion to Amend/Correct Sentence (in letter form) (Dkt. #42) is **DENIED**.

Date: August 13, 2008

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge